Female Assembly District Leader'" and be followed by the legend "Opposed to the Regular Democratic District Organization", such words to be of the same size and prominence as the term or terms of designation. Settle order. Concur — Valente, McNally and Stevens, JJ.; Rabin, J. P., and M. M. Frank, J., concur as follows: We are constrained to concur because of the decision of this court in the case of *Mele* v. *Ryder* (8 A D 2d 390).

■ LLOYD E. DICKENS et al. v. PERCY E. SUTTON et al.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Dickens* v. *Sutton* (9 A D 2d 602 [Case No. 1]). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ LLOYD E. DICKENS et al. v. PERCY E. SUTTON et al.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten appellants' points. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of THERESA QUINN et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and LOUIS S. UPSHUR et al., Appellants.— Order unanimously affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of THERESA QUINN et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and LOUIS S. UPSHUR et al., Appellants.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten appellants' points. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (September 10, 1959)

■ In the Matter of SAM LICHTENSTEIN against DEPARTMENT OF INVESTIGATION OF THE CITY OF NEW YORK.— Motion granted upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 24, 1959, with notice of argument for October 6, 1959, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of HENRY PAYSON et al., against JOSEPH J. CAPUTA, as State Rent Administrator et al.— Motion granted only insofar as to permit movant to file a brief *amicus curiæ*, said brief to be served on the parties to the appeal and filed with this court on or before September 15, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK against COSTENZE P. VALENTI.— Motion granted upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 8, 1959, with notice of argument for October 20, 1959, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY NEWMAN.— Enlargement of time granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY NEWMAN.— Enlargement of time granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.